## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

**ALVIN K. HELLERSTEIN**
**UNITED STATES DISTRICT JUDGE**

November 24, 2003

Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington D.C. 20544

Dear Judge Lisi:

     I write to respond to your letter dated November 3, 2003 concerning my Amended Financial Disclosure Report as of October 1, 2003, amending my Financial Disclosure Report dated July 21, 2003, for the calendar year ended December 31, 2002.

     With respect to your comment regarding Part VII, p. 1, line 5, I believe that my answer was correct since, as I was advised by the administrator of the investment, the value of the asset at the end of the reporting period was 0. I therefore reported "none". If the equivalent value code for "0" is "J", and the instructions are not clear on the point, an alternative answer is value code "J", and that answer may be substituted at line 5, column C(1).

     With respect to your comment regarding Part VII, p. 3, lines 40-44, I believe my answer was correct because the assets were held in previous years as part of the bundle of assets reported in Part VII, p. 1, line 16. However, if you believe that the distribution dates from S&S&L Investment Partnerships (the asset reported on line 16) should have been disclosed, the information is as follows:

     – line 40: 8/8/02; 11/7/02
     – line 41: 8/30/02; 12/10/02
     – line 42: 1/9/02
     – line 43: 2/4/02
     – line 44: monthly, throughout

     I understand my response to this letter is considered as an amendment to my 2002 report.

     I enclose three copies of this response.

Very truly yours.

Alvin K. Hellerstein
United States District Judge

**ALVIN K. HELLERSTEIN**
**UNITED STATES DISTRICT JUDGE**

October 13, 2004

Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D. C. 20544

Dear Judge Lisi:

I respond to your letter dated September 7, 2004, asking for additional information with respect to my report dated August 10, 2004 for the year ended December 31, 2003.

Part VII, page 2, line 36: "none" should be inserted in Col. B(2).

Part VII, page 4, line 64: the shares of Kyphon, Inc. that were donated by me on December 15, 2003, as disclosed on the Report, were distributed to me earlier that year, on December 10, 2003, by Warburg, Pincus Funds. Please refer to footnote 4 for further information.

Part VII, page 2, line 20 of my 2002 Report, reporting BK Partners as a holding held for me by S&S&L (Stroock & Stroock & Lavan) Investment Partnership. I neglected to report that the entire holding was liquidated by that Partnership during 2002. My portion of the recognized loss was "A". It was not reported to me, and I do not know, when in 2002 the asset was sold, or to whom. Please refer to part VII, page 2, line 16, and paragraph II.3. for further information.

Very truly yours,



Alvin K. Hellerstein

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

### Calendar Year 2003

**Report Required by the Ethics in Government Act of 1978**
**(5 U.S.C. app. §§ 101-111)**

| 1. Person Reporting (Last name, First name, Middle initial)  Hellerstein, Alvin K | 2. Court or Organization  U.S. District Court - NY-South | 3. Date of Report  8/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status: magistrate judges indicate full- or part-time)  U.S. District Judge  (Active) | 5. ReportType (check appropriate type)  ○ Nomination,   Date  ○ Initial   ⦿ Annual   ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  United States District Court  500 Pearl Street - Room 1050  New York, New York 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board Member (uncompensated) | Centra Condo |
| 2. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   1/1/96 | Stroock & Stroock & Lavan LLP, former law firm (Pension Plan for retired partners)(No Control) |
| 2.   1/1/89 | Stroock & Stroock & Lavan Retirement Plan (management of firm's IRA and 401K plans)(No Control) |
| 3.   1/1/84 | Stroock & Stroock & Lavan Investment Partnership (No Control) |

FINANCIAL DISCLOSURE OFFICE  RECEIVED Aug 11  11 49 AM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Pension from former law firm | 369,342 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express, Visa | Credit cards | J |
| 2. Chase Mortgage Corp. | Mortgage, condominium | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K | 8/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. New York City Condominium | E | Rent | O | W | | | | | |
| 2. J P Morgan/Chase | B | Interest | M | T | Deposit | allmn | | | |
| 3. Franklin Templeton Mut. Qual. Fund (IRA) | B | Dividend | M | T | | | | | |
| 4. Dreyfus Money Market Funds | A | Interest | K | T | | | | | |
| 5. USCO Distribution Services Inc. (see fn. 1) | A | Dividend | | | | | | | |
| 6. Stroock & Stroock & Lavan Retirement Plan (See fn. 2) | | | P1 | T | | | | | |
| 7. - Tattersall Adv. Group (See fn.3) | | | | | | | | | |
| 8. - Bernstein Equity Fund (See fn. 3) | | | | | | | | | |
| 9. - Alliance Corp. Mgmt. Fund (See fn. 3) | | | - | | | | | | |
| 10. - Dreyfus Liq. Assets (See fn. 3) | | | | | | | | | |
| 11. - C.S. McKee, L.P. (See fn. 3) | | | | | | | | | |
| 12. - Brandes Inv. Part. Fund (See fn. 3) | | | | | | | | - | |
| 13. - Private Capital Mgmt. (See fn. 3) | | | | | | | | | |
| 14. - Essex Inv. Mgmt. Fund (See fn. 3) | | | | | | | | | |
| 15. - Alleguinee Capital (See fn. 3) | | | | | | | | | |
| 16. Barrick Gold Corp. | A | Dividend | | | Donated | 11/25 | | | |
| 17. Mellon Bank Corp. | A | Dividend | K | T | | | | | |
| 18. S&S&L Investment Partnerships | E | Dividend | K | T | | | | | |

1. Income Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K | 8/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Warburg Pincus Funds | | | | | | | | | |
| 20. - Loeb Partners Investments | | | | | | | | | |
| 21. - Darmel Multi-Strategy Fd. (Trnsfr fr. Pine St. Funds) | | | | | | 9/25 | M | B | liquidation |
| 22. - Fashion Mag Apparel | | | | | | | | | |
| 23. - United Park City Mines | | | | | | | | | |
| 24. Bea Systems | | None | K | T | | | | | |
| 25. Covad Comm. | | None | | | Donated | 11/25 | | | |
| 26. State of Israel Bonds | A | Interest | J | T | | | | | |
| 27. Bioreliance Corp. | | None | | | Donated | 11/25 | | | |
| 28. CCC Info Svces Group | | None | K | T | | | | | |
| 29. Eclipsys Corp. | | None | | | Donated | 11/25 | | | |
| 30. Gilead Sciences Inc. | | None | K | T | | | | | |
| 31. Journal Register Co. | | | | | | fn. 4 | J | – | Warburg Pincus Funds |
| 32. Journal Register Co. | | None | J | T | | | | | |
| 33. Renaissance Holdings Ltd. | A | Dividend | J | T | | | | | |
| 34. Veritas Software Corp. | | None | J | T | | | | | |
| 35. Regeneron Pharmaceutical | | None | J | T | | | | | |
| 36. Information Holdings | | | | | Donated | 11/25 | | | |

1 Income Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2 Value Codes  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3 Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hellerstein, Alvin K | 8/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Insight Comm. | | None | K | T | | | | | |
| 38. Transkaryotic Therapies | | None | | | Donated | 11/25 | | | |
| 39. Bank One Corp. | A | Dividend | K | T | | | | | |
| 40. Coventry Health Care Inc. | | | | | | fn. 4 | | | Warburg Pincus Funds |
| 41. Coventry Health Care Inc. | | None | J | T | | | | | |
| 42. Medicines Co. | | None | J | T | | fn. 4 | | | Warburg Pincus Funds |
| 43. NW Airlines Corp. | | None | | | Donated | 11/25 | | | |
| 44. URS Corp. | | None | J | T | Donated | 11/25 | | | |
| 45. Citibank Bank Dep. | B | Interest | K | T | | fn. 5 | J | | See fn. 5 |
| 46. Cohen and Steers Realty Sh. | | None | | | Sell | 2/10 | J | A | |
| 47. Credit Suisse Small Cap Gr. Fund | | None | | | Sell | 2/10 | K | A | |
| 48. Gabelli Gr. Fund | | None | | | Sell | 2/10 | K | A | |
| 49. Invesco Health Sciences Fund | | None | | | Sell | 2/10 | K | A | |
| 50. Invesco Fin. Svces. Fund | A | Dividend | | | Sell | 2/10 | J | A | |
| 51. Neuberger Berman Focus Tr. | | None | | | Sell | 2/10 | K | A | |
| 52. T Rowe Price Midcap Gr. Fund | | None | | | Sell | 2/10 | K | A | |
| 53. Royce Micro-Cap Fund | | | | | Sell | 2/11 | J | A | |
| 54. Royce Micro-Cap Fund | B | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hellerstein, Alvin K | 8/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | Scudder Int'l Fund | | None | | | Sell | 2/10 | K | A | |
| 56. | Smith B. Agg. Gr. Fund | | None | | | Sell | 2/10 | K | A | |
| 57. | New Eng. Fin. (Perm. Life) | A | Dividend | K | T | | | | | |
| 58. | Gold Fields Ltd. | A | Dividend | J | T | Buy | 2/11 | J | | |
| 59. | I Shares Russell 1000 Value Fd. | B | Dividend | L | T | Buy | 2/11 | K | | |
| 60. | I Shares Russell 1000 Growth Fd. | A | Dividend | L | T | Buy | 2/11 | K | | |
| 61. | I Shares Russell 1000 Index Fd. | A | Dividend | L | T | Buy | 2/11 | K | | |
| 62. | I Shares Russell 2000 Value Fd. | A | Dividend | K | T | Buy | 2/11 | K | | |
| 63. | I Shares Russell 2000 Growth Fd. | A | Dividend | K | T | Buy | 2/11 | K | | |
| 64. | Kyphon, Inc. | | None | - | | Donated | 12/15 | J | | |
| 65. | Newfield Expl. Co. | | None | J | T | See fn. 4 | 12/11 | | | Warburg Pincus Funds |
| 66. | Newmont Mining | A | Dividend | K | T | Buy | 2/14 | J | | |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Footnote 1 -- Represents distribution of remainder after previous liquidation.

Footnote 2 -- Results of investments, inclusive of realized and unrealized gains and losses and dividends and distributions, are reported quarterly and for the year ended 12/31/03. A separate figure for dividends was not reported. No gain or loss is reported since the investment qualifies as an IRA/401-K.

Footnote 3 -- Reflects in whole or in part rollovers from funds listed in my Financial Disclosure Report for year ended December 31, 2002, Part VII, lines 7 to 15.

Foofnote 4 -- As shown on Line 31: one of the investments of S&S&L Investment Partnerships is an interest in Warburg Pincus funds. From time to time, Warburg Pincus funds distribute shares of companies in which it invests to S&S&L Investment Partnerships, and the latter then distributes same to its partners who were such at the time the shares were acquired.

Footnote 5 -- Transferred by Smith Barney from dividends, distributions and/or sales (if any) not reinvested.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu                                                  Date August 10, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544